People v Hancock (2021 NY Slip Op 50015(U))

[*1]

People v Hancock (Christopher)

2021 NY Slip Op 50015(U) [70 Misc 3d 134(A)]

Decided on January 15, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

As corrected in part through January 29, 2021; it
will not be published in the printed Official Reports.

Decided on January 15, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead, P.J., Higgitt, McShan, JJ.

&em;
NY County
Clerk's No.570448/14

The People of the State of New York,
Respondent, 
against
Christopher Hancock,
Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New
York County (Robert M. Mandelbaum, J.), rendered February 10, 2014, after a nonjury trial,
convicting him of criminal trespass in the third degree, and imposing sentence.

Per Curiam.
Judgment of conviction (Robert M. Mandelbaum, J.), rendered February 10, 2014,
affirmed.
The verdict convicting defendant of criminal trespass in the third degree (see Penal
Law § 140.10[a]) was not against the weight of the evidence (see People v Danielson, 9 NY3d
342, 348-349 [2007]). There is no basis upon which to disturb the trial court's
determinations concerning credibility. The credited police testimony established that defendant
entered a New York City subway platform unlawfully by jumping over a turnstile without paying
the required fare and without permission (see People v Alvarez, 162 AD3d 596 [2018], lv denied 32
NY3d 1108 [2018]; People v
Harvey, 57 Misc 3d 156[A], 2017 NY Slip Op 51626[U][App Term, 1st Dept 2017],
lv denied 30 NY3d 1115 [2018]). Defendant's "actions were incompatible with those of a
member of some category of persons having permission to ride the subway without paying, and
the evidence supported the conclusion that he had no such permission" (People v
Alvarez, 162 AD3d at 596).
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: January 15, 2021